JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELVA LOUTHIAN, an Individual, | Case No.: CV-11-4310 RGK (JEMx) |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| v. | |
| STRYKER CORPORATION; and DOES 1 through 100, Inclusive, | |
| Defendant. | |

Pursuant to the Stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice, each party to bear their respective costs.

DATED:  March 30, 2012

*/s/ Gary Klausner*
_____
Honorable R. Gary Klausner
United States District Court Judge