JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELVA LOUTHIAN, an Individual,<br><br>  Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION; and DOES 1 through 100, Inclusive,<br><br>  Defendant. | Case No.: CV-11-4310 RGK (JEMx)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Pursuant to the Stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice, each party to bear their respective costs.

DATED: March 30, 2012

_____
Honorable R. Gary Klausner
United States District Court Judge

- 1 -